

# Fourth Court of Appeals
## San Antonio, Texas

April 6, 2022

No. 04-21-00150-CV

**IN THE ESTATE OF MARIA LUISA AGUILAR**

From the County Court At Law No 1, Webb County, Texas
Trial Court No. 2020PB5000085-L1
Honorable Hugo Martinez, Judge Presiding

# O R D E R

Appellant's motion for extension of time is GRANTED. We ORDER Appellant to file his brief on or before May 2, 2022. No further extensions will be granted.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of April, 2022.

_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court